In the Matter of the Application of EDWARD F. JOHNSON for Admission to the Bar. (From the State of Maryland.) — Application granted. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

HERBERT ASKOWITH, Appellant, v. NEWCOMB CARLTON, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

SAMUEL N. BAKER and RUSSELL H. FORD, Respondents, v. FRED L. REIS, Appellant.— Motion for stay of trial pending appeal granted. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

PHILIP BALLEN and CHARLES T. SHAW, Respondents, v. E. CLIFFORD POTTER and Others, Appellants, and RAYMOND C. PAYNE, Respondent.— Motion to dismiss appeal denied upon condition that appellants perfect the appeal for the March, 1928, term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

CHARLES A. BERNAM and WILLIAM TYSON, Copartners, etc., and Others, Appellants, v. HARRY E. HECHT, Respondent.— Motion for leave to appeal to the Court of Appeals granted. Questions to be certified. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ. Settle order on notice.

FREEMAN BERNSTEIN, Appellant, v. QUEENS COUNTY JOCKEY CLUB and THOMAS HEALY, Defendants. GUARANTY TRUST COMPANY, ELIZABETH HEALY and JOHN E. CONNELLY, as Executors, etc., of THOMAS HEALY, Deceased, Respondents.— Motion for leave to appeal to the Court of Appeals granted. The order will state that there is a question of law which, in the opinion of this court, should be reviewed by the Court of Appeals. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

FRANK BLAKE, Respondent, v. THE FINE HAULAGE Co., INC., Appellant.— Motion for stay denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

HELEN CLAIRE BLANK, Appellant, v. JAMES J. BROWNE, as Park Commissioner, etc., and HARRY D. SHEA, Respondents.— Motions to dismiss appeal granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

LILY BRADY and ALICE BRADY, Respondents, v. JOSEPHINE CAREY and Others, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

HARRY BRAM, Appellant, v. HARRY DIMIN and MALVINA MOSBERG, Respondents.— Motion to punish defendant Dimin for contempt denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.